FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 APR 26  A 11: 17

UNITED STATES OF AMERICA

v.  Case No. 3:05-cr-105(S1)-J-20-MCR

ROBERT C. BROWN, JR.,

_____/

## ORDER

Before the Court is Defendant Robert Brown's Motion to Dismiss Counts of Superseding Indictment for Double Jeopardy (Doc. No. 105, filed April 12, 2006), to which the United States responded in opposition (Doc. No. 113, filed April 20, 2006). As the Court found with regard to Defendant's prior Motion to Dismiss for Double Jeopardy (Doc. No. 78, filed August 4, 2005), a violation of 18 U.S.C. §1347, requires proof of an additional fact, which a violation of 18 U.S.C. § 1035 does not. See Blockburger v. United States, 284 U.S. 299 (1932). Accordingly, the Motion (Doc. No. 105) is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 26st day of April, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
D. Gray Thomas, Esq.
William J. Sheppard, Esq.
Susan H. Raab, Esq.
Bonnie A. Glober, Esq.