```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

UNITED STATES OF AMERICA

vs.                                              3:05-cr-105-J-33MCR

ROBERT C. BROWN
LAURETTE C. HUNTER
_____

### ORDER

This matter comes before the Court pursuant to United States' Motion in Limine Prohibiting Cross-Examination of Robert Wood, M.D., Regarding His Termination Without Cause Given and Unproven Allegations (Doc. #187-1) filed on June 22, 2006.  Brown filed a response (Doc. #205) on June 25, 2006.  For the reasons stated below, the motion is granted.

On April 19, 2002, Wood was terminated from his position as senior physician at CCHD.  CCHD terminated Wood pursuant to the "at will" clause in Wood's employment contract.  CCHD also forwarded to the Florida Department of Health a complaint filed by the wife of one of Wood's patients.  The wife alleged that Wood over prescribed controlled substances to her husband.  The Florida Department of Health investigation is on going.  The government seeks to preclude cross-examination on both the dismissal and the investigation.  In his response, Brown argues that the on going investigation is relevant to Wood's motive to testify.  Namely, Brown argues that Wood may be motivated by a desire to curry favor with the government in hopes that the government will forgo action on the

allegations brought against Wood.

To determine the admissibility of Wood's termination and the investigation into Wood, the Court applies the Federal Rule of Evidence 403 balancing test. Doing so, the Court finds the probative value of Wood's termination and the investigation into Wood is substantially outweighed by the potential of confusing the issues or misleading the jury. Thus, defendants will not be permitted to cross-examine Wood on Wood's termination or the investigation into Wood.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Motion in Limine Prohibiting Cross-Examination of Robert Wood, M.D., Regarding His Termination Without Cause Given and Unproven Allegations (Doc. #187-1) is **GRANTED.**

**DONE** and **ORDERED** at Jacksonville, Florida, this 26th day of June, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record