UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          3:05-cr-105-J-33MCR

ROBERT C. BROWN

_____

**ORDER**

This matter comes before the Court pursuant to the Motion for Reconsideration of Order Denying Defendant's Motion for Disclosure of Presentence Investigation Reports of Government Witnesses (Doc. #160) filed by Brown on June 19, 2006.

In the motion for disclosure of presentence investigation report (Doc. #123), Brown pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, requested that the Court require the government to disclose the presentence report of Penny Thomas, a government witness. Responding to the motion, the government agreed that to the extent the report contained Brady material, the government would disclose that information. However, the government argued that the entire report was not discoverable. On June 16, 2006, the magistrate judge entered an order denying the motion. Though denying the motion, the magistrate judge ordered that "to the extent that Brady, Giglio, or its progeny is implicated, the Government shall disclose such information." (Doc. #147).

In determining whether to release a presentence investigation

report to a third party, the Eleventh Circuit has applied the "compelling need" test. United States v. Gomez, 323 F.3d 1305, 1308 (11th Cir. 2003). The compelling need test is satisfied if the third party requesting disclosure of the presentence investigation report demonstrates a "compelling, particularized need for disclosure." Id. (quoting United States v. Corbitt, 879 F.2d 224, 239 (7th Cir. 1989). The Court finds that Brown has not meant this burden.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The Motion for Reconsideration of Order Denying Defendant's Motion for Disclosure of Presentence Investigation Reports of Government Witnesses (Doc. #160) is **DENIED.**

**DONE** and **ORDERED** at Jacksonville, Florida, this 26th day of June, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record