UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              3:05-cr-105-J-33MCR

ROBERT C. BROWN
_____

**ORDER**

  This matter comes before the Court pursuant to Defendant Robert Brown's Motion to Strike Surplusage and Motion In Limine Regarding Medical License Status (Doc. #165) filed on June 20, 2006. The government filed a response (Doc. #214) on June 26, 2006. In its response, the government incorporates by reference its notice of intent to use evidence (Doc. #151). Brown seeks to strike from the indictment and preclude the government from referring to Brown as a "formerly licensed physician." For the reasons stated below, the motion is denied.

  In its notice of intent to use evidence, the government indicated its intent to refer to Brown as a formerly licensed physician. The government explains that Brown's experience as a physician is relevant to establish that Brown possessed the necessary knowledge to perpetuate the highly technical false claims alleged in the indictment. (Doc. #151-1 at 5). However, Brown argues that the "formerly licensed physician" label is "a veiled suggestion of prior criminal conduct or prior arrest" (Doc. #165) and is unduly prejudicial to his client. To determine whether to

allow the use of the term, the Court will apply the Federal Rule of Evidence 403 balancing test.  Under the 403 balancing test, the Court must determine if the probative value of the reference is substantially outweighed by its prejudicial effect.  Applying the 403 balancing test, the Court finds that the probative value of the reference is not substantially outweighed by the prejudicial effect.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. Defendant Robert Brown's Motion to Strike Surplusage and Motion In Limine Regarding Medical License Status (Doc. #165) is **DENIED.**

**DONE** and **ORDERED** at Jacksonville, Florida, this 26th day of June, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record